**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cr-00261-MTS (SPM) |
| | ) | |
| GERALD BIRCHFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION, MEMORANDUM, AND ORDER

This matter is before the Court on Defendant Gerald Birchfields' Motion to Suppress Evidence from Wiretaps, Doc. [926]. Pursuant to 28 U.S.C. § 636(b), the Motion was referred to United States Magistrate Judge Shirley Padmore Mensah, who recommended that the Motion be denied. As no written objections have been filed, *see* 28 U.S.C. § 636(b)(1)(C), I will adopt and sustain the Report and Recommendation filed by Judge Mensah. I have independently reviewed her recommendation and agree there is no basis under the facts and the law to grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, Doc. [1225], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant Gerald Birchfield's Motion to Suppress Evidence from Wiretaps, Doc. [926], is **DENIED**.

Dated this 22nd day of July, 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE